In the Matter of the Claim of GEORGE C. BITSAKIS, Appellant, against ALEXANDER P. WINE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted January 7, 1952; decided January 17, 1952.

*George C. Bitsakis,* in person, for motion.

*John M. Cullen* opposed.

Motion dismissed upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.